# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:19-CR-303-S |
| | § | |
| JIMMY RAY TYSON (1) | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), and the waiver of allocution before this Court [*see* ECF No. 88], the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The District Court has conducted a *de novo* review of those portions of the Findings and Conclusions that were objected to and overrules the objections.

**SO ORDERED.**

SIGNED November 18, 2020.

UNITED STATES DISTRICT JUDGE