# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-303-S |
| | § | |
| JIMMY RAY TYSON (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the request for revocation of Defendant's Supervised Release [ECF Nos. 93, 108, and 132] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Jimmy Ray Tyson's term of supervised release. *See* Order, ECF No. 130. The Court has received the Report and Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object [ECF No. 137] and the Electronic Amendment to Report and Recommendation [ECF No. 138] (collectively, the "Recommendation") pursuant to its order. Defendant waived his right to object to the Recommendation and to allocute before the district judge. S*ee* Recommendation, ECF No. 137. The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **eighteen (18) months,** with no further term of supervised release to follow.

The Court makes the non-binding recommendation that Defendant be allowed to serve his sentence at FCI Seagoville, Seagoville, Texas or FCI Fort Worth, Fort Worth, Texas. The Court

further recommends that Defendant receive credit for the 246 days spent in federal custody from February 3, 2022, to October 7, 2022, inclusive.

**SO ORDERED.**

SIGNED June 26, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE